```
       IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF ALABAMA
                 SOUTHERN DIVISION
```

BARBARA K. CHANEY,            *
                              *
    Plaintiff,                *    CIVIL ACTION NO. 14-00523-WS-B
                              *
vs.                           *
                              *
CAROLYN W. COLVIN,            *
Commissioner of Social        *
Security,                     *
                              *
    Defendant.                *

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 1, 2016, is **ADOPTED** as the opinion of this Court.

**DONE** this 29th day of February, 2016.

              s/WILLIAM H. STEELE
              CHIEF UNITED STATES DISTRICT JUDGE