```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **BARBARA K. CHANEY,** | * |
| | * |
|     Plaintiff, | *  CIVIL ACTION NO. 14-00523-WS-B |
| | * |
| vs. | * |
| | * |
| **CAROLYN W. COLVIN,** | * |
| **Commissioner of Social** | * |
| **Security,** | * |
| | * |
|     Defendant. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that that the decision of the Commissioner of Social Security, denying Plaintiff's claim for widow's insurance benefits be **AFFIRMED.**

**DONE** this 29th day of February, 2016.

                                      s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE